UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Polansky</u>

               v.                          Case No. 16-cv-256-LM

<u>NH Department of Corrections,</u>
<u>Commissioner, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 7, 2016, for the reasons set forth therein.

Plaintiff's Motions for Preliminary Injunction (document nos. 11, 12, 13, and 14), as well as his motion for a hearing on those motions (document no. 10), are hereby denied.

SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States District Judge

Date: July 27, 2016

cc:   Christopher Polansky, pro se