UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Polansky

    v.

NH Department of Corrections,
Commissioner et al

Civil No. 16-cv-256-LM

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 28, 2016.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: December 29, 2016

cc:   Christopher Polansky, pro se