UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Christopher Polansky

   v.                                                       Civil No. 16-cv-256-LM

New Hampshire Department of Corrections
Commissioner William Wrenn, Judy Baker, and
Ryan Landry[1]

**REPORT AND RECOMMENDATION**

Before the court are:

- plaintiff Christopher Polansky's motion for voluntary dismissal of this case (Doc. No. 62), which seeks dismissal without prejudice to plaintiff's ability to file his claims in a new lawsuit;

- plaintiff's motion, entitled, "Motion for Appeal" (Doc. No. 61), which the court has construed as a motion to reconsider the June 12, 2017 Order, denying without prejudice plaintiff's motions for appointment of counsel; and

- defendants' motion for summary judgment (Doc. No. 50), which asserts that plaintiff failed to exhaust

---

[1]All of the other defendants named in this action have been dropped.  See Dec. 29, 2016 Order (Doc. No. 39).

administrative remedies on his claims, as required by the Prison Litigation Reform Act, before filing suit.

Plaintiff was paroled from the New Hampshire State Prison shortly after he filed this action.  This court's August 2, 2017 Order (Doc. No. 59) set deadlines for plaintiff and defendants to notify the court regarding whether defendants intended to withdraw their summary judgment motion in light of plaintiff's current status as a parolee, and whether plaintiff intended to move for voluntary dismissal, without prejudice to refiling, now that he is no longer a prisoner.  After defendants declined to withdraw their summary judgment motion, see Doc. No. 60, plaintiff moved for voluntary dismissal without prejudice.

Without expressing any opinion regarding the claims and defenses in this action, the undersigned magistrate judge recommends that plaintiff's motion to dismiss this action (Doc. No. 62), without prejudice, be granted, and that defendants' motion for summary judgment (Doc. No. 50) be denied as moot. The motion to reconsider (Doc. No. 61) the denial of plaintiff's requests for appointment of counsel should be denied without prejudice to refiling if the district judge does not accept the recommendation to grant the motion for voluntary dismissal.

Any objections to this Report and Recommendation must be

filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen day period may be extended upon motion.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

September 25, 2017

cc:  Christopher Polansky, pro se
     Francis Charles Fredericks, Esq.